United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1618

_____

Martha Chappell,                              *
                                             *
          Plaintiff - Appellant,             *
                                             *
                                             *   Appeal from the United States
          v.                                 *   District Court for the District of
                                             *   Minnesota.
Mayo Clinic,                                 *
                                             *       [UNPUBLISHED]
          Defendant - Appellee.              *

_____

Submitted:  November 21, 1997
Filed:   December 2, 1997

_____

Before BOWMAN, MURPHY, Circuit Judges, and CONMY,[1] District Judge.

_____

PER CURIAM.

Martha Chappell sued the Mayo Clinic for breach of its duty of care to keep its premises in a reasonably safe condition. She alleged she suffered injury from a fall in the clinic cafeteria when her shoe stuck on a sticky substance and appeals from the summary judgment granted by the district court[2] in favor of the Mayo Clinic. Based

_____

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota, sitting by designation.

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

on our review of the record, we affirm the judgment on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.